UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

David Hoffman, et al.
          Plaintiff,
v.                Case No.: 1:06−cv−06783
                Honorable Joan H. Lefkow
Gotcher & Belote, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 25, 2008:

  MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 9/25/2008 and continued to 12/4/2008 at 09:30 AM for report on settlement. Defendant to respond to outstanding settlement demand by 10/9/2008. Joint oral motion to extend scheduling dates is granted. Defendant to disclose expert by 10/6/2008. All discovery ordered closed by 11/26/2008.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

EXHIBIT D