# SPELLMIRE & SOMMER
### ATTORNEYS AT LAW
### 77 WEST WACKER DRIVE
### SUITE 4800
### CHICAGO, ILLINOIS 60601
### TELEPHONE (312) 606-8721
### FACSIMILE (312) 606-8731
### www.spellmireandsommer.com

GEORGE W. SPELLMIRE
(312) 606-8722
gws@spellmiresommer.com

February 10, 2009

**VIA REGULAR MAIL**
Daniel F. Konicek
Konicek & Dillon, P.C.
21 W. State Street
Geneva, Illinois 60134

      Re:    <u>*David Hoffman and Tammy Hoffman v. Gotcher & Belote, et al.*, No. 06 C 6783</u>

Dear Mr. Konicek:

      In order to prevent any misunderstanding at the trial of this matter, please be advised that, pursuant to Federal Rules of Civil Procedure 8(a)(3) and 54(c), the plaintiffs intend to seek, in addition to general damages, the disgorgement of all attorneys' fees paid to Jeff Belote and Gotcher & Belote.

      The allegations contained within paragraph 34 of the Complaint are sufficient to place the Defendants on notice of Plaintiffs' intention to seek disgorgement of attorneys' fees, to wit:

      k.    Placed the Defendants' own interests in obtaining a quick contingent fee recovery above the Hoffmans' need to settle their claims on terms which would provide sufficient amounts to compensate David Hoffman for the permanent disability, pain and suffering, and other damages which resulted from the accident; and

      l.    Placed the Defendants' own interests in avoiding the need to share the contingent fee from the Hoffmans' case with Illinois counsel above the Hoffmans' need to settle their claims on terms which would provide sufficient amounts to compensate David Hoffman for the permanent disability, pain and suffering, and other damages which resulted from the accident.



EXHIBIT A

Mr. Daniel F. Konicek
February 10, 2009
Page 2

If you have any questions, please do not hesitate to contact me.

Very truly yours,

SPELLMIRE & SOMMER

George W. Spellmire